UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:24-cv-00218-MR

| | |
|---|---|
| DANIEL K. POE, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>NCDAC, et al., )<br>)<br>    Defendants, )<br>_____ ) | ORDER |

**THIS MATTER** is before the Court sua sponte on Plaintiff's failure to comply with the Clerk's Order to Cure Deficiency. [Doc. 2].

Pro se Plaintiff Daniel K. Poe ("Plaintiff") filed this action on or about October 7, 2024, purporting to state claims under 42 U.S.C. § 1983 against the North Carolina Department of Adult Correction and unidentified Superintendents of six different correctional facilities across North Carolina. [Doc. 1]. Plaintiff, however, failed to pay the filing fee or file a motion to proceed in forma pauperis (IFP). On October 8, 2024, the Clerk entered an Order to Cure Deficiency requiring the Plaintiff to pay the filing fee or apply to proceed IFP within 21 days of the Clerk's Order. [Doc. 2].

The deadline to cure the deficiency has passed, and Plaintiff has failed to comply.  The Court, therefore, will dismiss this action without prejudice for Plaintiff's failure to prosecute.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Complaint [Doc. 1] is **DISMISSED** without prejudice for Plaintiff's failure to prosecute.

**IT IS SO ORDERED**.

Signed: December 11, 2024

Martin Reidinger
Chief United States District Judge