# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Daniel K. Poe, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:24-cv-00218-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| NCDAC, et al. | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 12, 2024 Order.

December 12, 2024

*Katherine H. Simon*

Katherine Hord Simon, Clerk
United States District Court